United States District Court
Southern District of Texas
**ENTERED**
May 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

DANIELLE  BROWN, INDIVIDUALLY §
AND ON BEHALF OF ALL OTHERS §
SIMILARLY SITUATED, §
§
§
    Plaintiff, §
VS. § CIVIL ACTION NO. 4:18-CV-4643
§
§
RESURGENT CAPITAL SERVICES, LP, §
*et al*, §
§
§
    Defendants.

## ORDER

In accordance with the Notice of Voluntary Dismissal, this action is DISMISSED with

prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**SIGNED** on this _____ day of May, 2019, at Houston, Texas.


_____
**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**